| | |
|---|---|
| 1 | DAVID E. NEMETH, JR. [SBN 185005] |
| 2 | dnemeth@rnglawfirm.com |
|   | ROGERS NEMETH GERMAIN PC |
| 3 | 18201 Von Karman Avenue |
| 4 | Tenth Floor, Suite 1000 |
|   | Irvine, California 92612 |
| 5 | Telephone: 949.247.7970 |
| 6 | |
|   | PATRICK R. HANES (*Pro Hac Vice*) |
| 7 | phanes@williamsmullen.com |
| 8 | ERICA B. ZHANG (*Pro Hac Vice*) |
|   | ezhang@williamsmullen.com |
| 9 | WILLIAMS MULLEN, P.C. |
| 10 | 200 South 10th Street, 16th Floor |
|    | Richmond, VA  23219 |
| 11 | Telephone:  804.420.6000 |
| 12 | Facsimile:   804.420.6507 |
| 13 | JOHN BRIAN CASHMERE [SBN 177750] |
| 14 | bcashmere@williamsmullen.com |
|    | WILLIAMS MULLEN, P.C. |
| 15 | 8300 Greensboro Drive, Suite 1100 |
| 16 | McLean, VA  22109 |
|    | Telephone:  703.760.5232 |
| 17 | Facsimile: 703.748.0244 |
| 18 | |
| 19 | *Counsel for Plaintiff, Deutsch-Hollandische* |
| 20 | *Tabakgesellschaft mbH & Co., KG* |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DEUTSCH-HOLLANDISCHE TABAKGESELLSCHAFT MBH & CO., KG,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>TRENDSETTAH USA, INC.,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>and<br><br>TREND SETTAH, INC.,<br><br>    Defendant/Counterclaim Plaintiff | Case No.: 8:17-cv-00181-JCG<br><br>**[PROPOSED] NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANTS' SECOND AND FIFTH AFFIRMATIVE DEFENSES**<br><br>Answer to Amended Complaint filed: May 1, 2017<br><br>Judge: David O. Carter<br>Hearing Date: June 26, 2017<br>Hearing Time: 8:30 am |

## ORDER

Plaintiff/Counterclaim Defendant Deutsch-Hollandische Tabakgesellschaft Mbh & Co., Kg's ("DHT") Motion to Dismiss the second and fifth affirmative defenses filed by Defendant/Counterclaim Plaintiffs Trendsettah USA, Inc. and Trend Settah, Inc.'s (collectively, "TSI") in its Answer to the Amended Complaint came before the Court for hearing on June 26, 2017.

Having considered the moving and opposition papers, arguments, and all other matters presented to the Court, the Court finds that TSI's second and fifth affirmative defenses in its Answer to the Amended Complaint are insufficiently pled.

IT IS HEREBY ORDERED that that Plaintiff/Counterclaim Defendant DHT's Motion to Strike is GRANTED and TSI's second and fifth affirmative defenses to DHT's Amended Complaint are stricken.

| | |
|---|---|
| Dated: _____ | _____<br>Hon. David O. Carter<br>Judge, United States District Court |